# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0534
L.T. Case No. 2010-CF-009723-A

_____

NABOR MENDOZA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Nabor Mendoza, Crawfordville, pro se.

No Appearance for Appellee.

April 22, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____